**Richard William HARPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69586.**

Missouri Court of Appeals,
Western District.

Sept. 29, 2009.

S. Kate Webber, Kansas City, MO, for
appellant.

Shaun J. Mackelprang, Esq., and Robert
Bartholomew, Esq., Jefferson City, MO,
for respondent.

Before JAMES E. WELSH, P.J., and
VICTOR C. HOWARD and ALOK
AHUJA, JJ.

### ORDER

PER CURIAM:

Richard Harper appeals the circuit
court's denial of his motion for post-conviction
relief under Rule 24.035 after an evidentiary
hearing. After pleading guilty to
driving while intoxicated, § 577.010, RSMo
2000, Harper was sentenced as a persistent
offender pursuant to § 577.023 to
three years in the Missouri Department of
Corrections. Harper now claims that he
received ineffective assistance of counsel
prior to pleading guilty, because his attorney
"erroneously advised him that if he
pleaded guilty, he would only have to serve
a mandatory minimum sentence of 15 percent,
even though he had a prior prison
commitment." Harper claims that as a
result of this misadvice his guilty plea was
not knowing, intelligent, and voluntary.

We affirm. Because a published opinion
would have no precedential value, a memo-

randum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).